Case 1:07-cv-03596-GBD    Document 2    Filed 05/04/2007    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

NATHEL & NATHEL, INC.,

            Plaintiff,

- against -

YOO CORPORATION, SUN YOO,

            Defendants.

------------------------------------------------------x

JUDGE DANIELS

07 CV 3596

FRCP RULE 7.1 CERTIFICATION



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff Nathel & Nathel, Inc., certifies that the following are corporate parents, subsidiaries, or affiliates of the plaintiff which are publicly held:

NONE

DATED:    May 4, 2007

Respectfully submitted,

by: _____
    Andrew Squire, (AS6696)
    Attorney for Plaintiff
    379 Decatur Street
    Brooklyn, NY 11233
    718.771.2221

*70\nathel.v.yoo\wpd*