AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | May 7, 2007 |
| NAME OF SERVER (PRINT) Gene Lombardi | TITLE |

Check one box below to indicate appropriate method of service

[X] ~~Served personally upon the defendant.~~ Place where served: Defendant's residence, 129 Grove Street, Tenafly, New Jersey 07670

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: "John Doe", a relative of defendant Sun Yoo, who claimed to be a manager of defendant Yoo Corporation.

[X] ~~Returned unexecuted:~~ personal service upon Yoo corporation by hand delivery of pleadings to "John Doe" a manager of Yoo Corporation, who is described as 5'3" tall Asian male, medium build with black hair.

[X] Other (specify): In addition on May 8, 2007 I mailed a true copy of the pleadings to Sun Yoo at his residence by first class mail in an envelope marked personal and confidential, and not identified as having been mailed from a law office - All in accordance with New York State law.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 15.00 | 25.00 | 40.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___May 8, 2007___      _[signature]_
                Date                Signature of Server

475 Main Street, Farmingdale, NY 11735
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.