UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

NATHEL & NATHEL INC.,

                     Plaintiff

         - against -                    **DEFAULT JUDGMENT**

YOO CORPORATION, SUN YOO,

                     Defendants.

----------------------------------------------------------x

     This action having been commenced on May 4, 2007, by the filing of the Summons and Complaint, and copies of the Summons and Complaint having been served on the defendants Yoo Corporation by personal service and upon Sun Yoo by substituted service in accordance with New York State Law and proof of service having been filed on July 29, 2007, and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is:

     ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against the defendants Yoo Corporation and Sun Yoo, jointly and severally, in the liquidated amount of $518,723.94 with prejudgment interest at 9% per annum from April 18, 2007 through April 11, 2008 ($46,166.41) plus costs and disbursements of this action ($250.00) plus service of process fee ($40.00) which, in all, amounts to the sum of $565,180.35.

DATED:     New York, NY
               April ____, 2008

                                                       _____
                                                       George B. Daniels, U.S.D.J.
                                                       **HON. GEORGE B. DANIELS**
                                                       This document was entered on the docket on

                                                       _____

55\nathel.v.yoo\wpd